IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

DENISE ORTIZ, INDIVIDUALLY, AND )
AS PARENT AND NATURAL GUARDIAN OF )
L.C., AN INFANT )
)
PLAINTIFF, )
)
V. ) CIVIL NO. 11CV-734-GLS/ATB
)
UNITED STATES OF AMERICA, et. al., )
)
Defendants. )

## ORDER OF DISMISSAL

On September 9, 2015, the Court entered an Order of Approval of a proposed settlement by the parties. The parties jointly represent that, on March 23, 2016, the minor plaintiff was accepted into the New York State Medical Indemnity Fund, and, further, that the settlement has received approval of the Attorney General's designee, and the remaining terms of the settlement have been met.

It is therefore,

ORDERED that this case be dismissed with prejudice, with each party bearing its own costs, expenses, and fees; and it is further

ORDERED that this Court is not retaining jurisdiction over the civil action, the settlement, the United States, or any party.

_____
HONORABLE GARY L. SHARPE
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2016,

APPROVED AS TO FORM AND CONTENT:

_____          5-20-16
Michael A. Bottar, Esquire                Date
Bottar Leone, P.L.L.C.
Attorney for Plaintiffs


_____          5-11-2016
Lawrence Eiser                            Date
Senior Trial Counsel
United States Department of Justice
Civil Division, Torts Branch
Attorney for Defendant,
United States of America


_____          5/19/2016
Catherine Gale, Esquire                   Date
Gale Gale and Hunt, L.L.C.
Counsel for Defendant Crouse Hospital